IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CHARLES D. GREENWAY,           )
                               )
      Plaintiff,               )
                               )
v.                             )   Case No. 3:12-CV-33-CDL
                               )
Carolyn W. Colvin, Acting      )
Commissioner of Social         )
Security,[1]                   )
                               )
      Defendant.               )

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on February 22, 2013.  Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Report and Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.  Accordingly, this action is remanded consistent with the Report and Recommendation of the Magistrate Judge.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Commissioner Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security act, 42 U.S.C. § 405(g).

IT IS SO ORDERED, this 13th day of March, 2013.


s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE